UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS, )
)           Index No.: 08-CIV-0187 (KMK)
)
                    Plaintiffs, )           REQUEST FOR ENTRY OF
    -against-                  )           DEFAULT JUDGMENT
)
J.M. CHARLES PAINTING CORP., )
)
                    Defendant. )
)

*U.S. DISTRICT COURT FILED FEB 19 2008 S.D. OF N.Y. W.P.*

---

TO:    Clerk of the United States District Court for the
       Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, J.M. Charles Painting Corp. having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds and against the Defendant, J.M. Charles Painting Corp. in the sum of $15,270.13, which includes contributions, interest, liquidated damages, attorneys' fees, auditors' fees, court costs and disbursements.

Dated:  Elmsford, New York
        February 15, 2008

*Dana L. Henke* (signature)

Dana L. Henke, Esq. (DLH3025)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
Attorneys for Plaintiff
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515