# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

**MEMO ENDORSED**

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

Trinity Centre
Suite 1405
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

March 18, 2008

FACSIMILE (914) 390-4152
Honorable Judge Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re: Trustees of the District Council 9, et al. v. J.M. Charles Painting Corp.
Index No.: 08-CIV-0187 (KMK)
Court Conference – Friday, March 21, 2008 at 10:30 a.m.

Dear Honorable Judge Karas:

This office represents the plaintiffs in the above matter. This letter makes reference to the court conference scheduled for Friday, March 21, 2008 at 10:30 a.m.

This matter involves the enforcement of a Collective Bargaining Agreement, more specifically, the Funds right to audit the books and records of an Employer. The defendant has been served with the Order to Show Cause for Default Judgment and has since contacted us. A breakdown of the audit findings have been sent to counsel for the Employer for review and they will need some additional time to respond.

Accordingly, on consent, we respectfully request an adjournment of the return date on the Order to Show Cause to a date in early April 2008 that is mutually convenient to the Court.

Kindly advise this office of the Court's decision regarding our request.

Thank you for your assistance and courtesies.

*The new conference is April 25, 2006, at 2:00*

**SO ORDERED**
KENNETH M. KARAS U.S.D.J.
3/19/08

Very truly yours,

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

Dawn Stefanik
Paralegal

cc: Stephen Boonshoft, Esq.
Attorney for Defendant