# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

July 14, 2008

FACSIMILE (914) 390-4152
Honorable Judge Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re:     Trustees of the District Council 9, et al. v. J.M. Charles Painting Corp.
Index No.: 08-CIV-0187 (KMK)
Court Conference – Wednesday, July 16, 2008 at 12:00 p.m.

Dear Honorable Judge Karas:

This office represents the plaintiffs in the above matter. This letter makes reference to the court conference scheduled for Wednesday, July 16, 2008 at 12:00 p.m.

This matter involves the enforcement of a Collective Bargaining Agreement, more specifically, the collection of contributions due and owing pursuant to an audit of defendant's books and records. The defendants submitted a written rebuttal and the plaintiffs' fund auditors have advised our firm that they are still in the process of reviewing the rebuttal. Additional time is needed by the fund auditors to review the rebuttal and make any adjustments to the audit findings. The fund auditors have made this case a priority.

Both parties on consent respectfully request an adjournment of the court conference to a date in late August or September except the week of August 25th that is mutually convenient to the Court. This is the third request for an adjournment of the conference date.

Kindly advise this office of the Court's decision regarding our request.

Thank you for your assistance and courtesies.

Very truly yours,

Dawn Stefanik
Paralegal

cc: Stephen Boonshoft, Esq., via facsimile (212) 603-6300
Attorney for Defendant

*THE CLERK OF COURT IS RESPECTFULLY REQUESTED TO DOCKET THIS LETTER.*
SO ORDERED

KENNETH M. KARAS U.S.D.J.
7/15/08